JS-6

Kevin P. Roddy, CA State Bar No. 128283
  kroddy@wilentz.com
Lynne P. Kizis, *Pro Hac Vice*
  lkizis@wilentz.com
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive, Suite 900
Woodbridge, New Jersey 07095
Tel:   (732) 855-6402

Kimberly Beck, *Pro Hac Vice*
  kim@becklawcenter.com
BECK LAW CENTER
201 E. 5th Street, Suite 1900
Cincinnati, Ohio
Tel:   (888) 434-2912

Shehnaz M. Bhujwala, CA State Bar No. 223484
  bhujwala@boucher.la
BOUCHER LLP
21600 Oxnard Street, Suite 600
Woodland Hills, California 91367-4903
Tel:   (818) 340-5400
Fax:   (818) 340-5401

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| YEZAN HADDAD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MERCK & CO., INC., a New Jersey Corporation; MERCK SHARP & DOHME CORP. a New Jersey Corporation;  ORGANON & CO., a Delaware Corporation; ORGANON LLC, a Delaware Limited Liability Company; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. 2:23-cv-02295-DMG(MAAx)<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS ASSERTED BY PLAINTIFF YEZAN HADDAD PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 [39]**<br><br>The Hon. Dolly M. Gee |

# ORDER

Based on the parties' stipulation (ECF No. 39), IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

IT IS SO ORDERED.

DATED: May 8, 2024

By: _____
DOLLY M. GEE,
CHIEF U.S DISTRICT JUDGE